AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SOUTHERN      DISTRICT OF      TEXAS

## McALLEN DIVISION

DEC 26 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA

V.

Manuel De Jesus Vasquez-Villeda

**CRIMINAL COMPLAINT**

Case Number:    M-19- 3161 -M

IAE     YOB:    1965
**Honduras**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about      **December 24, 2019**      in    **Hidalgo**    County, in

the      **Southern**      District of      **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title      **8**      United States Code, Section(s)      **1326**      **(Felony)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Manuel De Jesus Vasquez-Villeda was encountered by Border Patrol Agents near Penitas, Texas on December 24, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 24, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on July 7, 2009, through Douglas, Arizona. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On January 30, 2008, the defendant was convicted of Driving Under the Influence of Alcohol 3rd Offense and sentenced to Maximum thirty (30) months confinement minimum twelve (12) months confinement.

Continued on the attached sheet and made a part of this complaint:      ☐ Yes   ☒ No

Complaint authorized by AUSA _____

*approved by Scott Greenbaum 12/26/19*

Signature of Complainant

Sworn to before me and subscribed in my presence,

**Julio C. Peña**
Printed Name of Complainant

**December 26, 2019**       3:39 pm
Date

**Peter E. Ormsby**      , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer